| | | | |
|---|---|---|---|
| Wells Fargo Bank, N.A. v. Golphin [30] | 08/22/2016356 MAL (2016) | Denied | Pa.Super., 141 A.3d 597 |
| Williams v. Scott; Scott In re ....... | 08/10/2016160 WAL (2016) | Denied | No. 194 WDA 2016 |
| Zellat v. McCulloch | 09/06/201681 WAL (2016) | Denied | Pa.Super., 136 A.3d 1038 |

| | | | |
|---|---|---|---|
| Carmack v. W.C.A.B. (PJ Dick, Inc./Trumbull Corp.) .......... | 08/16/2016144 WAL (2016) | Denied | |
| Com. v. Neighbor's First Federal Credit Union Check in Amount of $76,389.27 ....... | 08/16/2016226 MAL (2016) | Denied | Pa.Cmwlth., 141 A.3d 602 |
| Crivellaro v. Williams Tp. Zoning Hearing Bd. .. | 08/16/2016183 MAL (2016) | Denied | Pa.Cmwlth., 130 A.3d 162 |
| Estate of Deckard v. Pennsylvania Liquor Control Bd.; Malt Beverage Distributors Association v. Pennsylvania Liquor Control Bd.; Duffer's Beverage, LLC v. Pennsylvania Liquor Control Bd; Mechanicsburg Distributing, Inc., 6485 Carlisle Pike Associates, L.P. v. Pennsylvania Li- | | | |

---

**30.** Justice MUNDY did not participate in the consideration or decision of this matter.